DOROTHY M. STEVENS, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

LOUISE ABRUZZIO, an Infant, etc., Appellant, v. WILLIAM J. REES, Respondent. — Judgment and order affirmed, with costs. All concur.

ANTHONY ABRUZZIO, Appellant, v. WILLIAM J. REES, Respondent.— Judgment and order affirmed, with costs. All concur.

GORDON HILL, as Administrator, etc., of DERALD LLOYD HILL, Deceased, Respondent, v. RICHARD McGRATH, Appellant.— Judgment and order affirmed, with costs. All concur.

JENNIE D. TENNEY, as Limited Administratrix, etc., of DEAN M. TENNEY, Deceased, Respondent, v. HESTER HOPKINS and JESSIE HOPKINS, Appellants, Impleaded with MARGUERITE TAGGART, Defendant.— Judgment and order affirmed, with costs. All concur.

FRANK E. BARBER, Appellant, v. MORRIS SINGER, Respondent. MORRIS SINGER, Respondent, v. FRANK E. BARBER, Appellant.— Judgment modified by including interest from the date of the agreement and as so modified affirmed, with costs to Morris Singer. New finding of fact made. All concur.

BURTON C. COONS, Appellant, v. HAZEL M. FITZGERALD, Respondent.— Judgment and order affirmed, with costs. All concur.

EMILY COONS, Respondent, v. FRED UTTER, Appellant, and EDNA ACOSTA, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to serve an answer within ten days upon payment of the costs of the motion and of this appeal. All concur.

WILLIAM COONS, Respondent, v. FRED UTTER, Appellant, and EDNA ACOSTA, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to serve an answer within ten days upon payment of the costs of the motion and of this appeal. All concur.

EDWIN PAWLAK, an Infant, etc., Respondent, v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF DUNKIRK, N. Y., Appellant.— Judgment of County Court and judgment of City Court reversed on the law and facts and complaint dismissed, with costs in all courts to the defendant, on the ground that the finding of the jury that the injuries to plaintiff were caused by the negligence of the defendant is contrary to and against the weight of the evidence, both as to negligence and causal connection. All concur.

FRANK PAWLAK, Respondent, v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF DUNKIRK, N. Y., Appellant.— Judgment of County Court and judgment of City Court reversed on the law and facts and complaint dismissed, with costs in all courts to the defendant, on the ground that the finding of the jury that the injuries to plaintiff's son were caused by the negligence of the defendant is contrary to and against the weight of evidence, both as to negligence and causal connection. All concur.

MARGUERITE S. MENDL, Appellant, v. ARTHUR E. THOMPSON, Respondent.— Order affirmed, with costs. The time within which plaintiff may stipulate to accept the reduction of the verdict is extended to December 3, 1932. All concur.